KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Attorney No. srA5500943
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and RONALD K. BAGLEY AND ELSIE A. BAGLEY, ET AL.<br><br>Defendants. | Case No.: 08cv1228-H (BLM)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 9, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Two Thousand Four Hundred Twenty-Nine and No/100 ($2,429.00) with the Clerk of the Court.

DATED:  July 10, 2008         KAREN P. HEWITT
                              United States Attorney


                              s/ Sandra Riggs

                              SANDRA B. RIGGS
                              Special Assistant U. S. Attorney
                              Sandra.Riggs2@usdoj.gov
                              Attorneys for Plaintiff

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF CALIFORNIA

3

4  THE UNITED STATES OF AMERICA,           )     Civil No. 08cv1228-H (BLM)
                                           )
5              Plaintiff,                  )
                                           )
6        v.                                )     CERTIFICATE OF SERVICE
                                           )
7  2.74 ACRES OF LAND, MORE OR             )
   LESS, SITUATE IN IMPERIAL               )
8  COUNTY, STATE OF CALIFORNIA; and        )
   RONALD K. BAGLEY AND ELSIE              )
9  A. BAGLEY, ET AL.                       )
                                           )
10             Defendants.                 )
                                           )
11 _____

12 IT IS HEREBY CERTIFIED THAT:

13     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

14     I am not a party to the above-entitled action. I have caused service of:

15 NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/10/08)

16 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

17

18 n/a

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
19 to the following non-ECF participant on this case:

20 RONALD K. BAGLEY AND ELSIE A. BAGLEY
   895 River Bluff Drive
21 Lytle, Texas 78052-3721

22 IMPERIAL COUNTY TAX COLLECTOR          IMPERIAL IRRIGATION DISTRICT
   ATTN: COUNTY COUNSEL                   JEFF GARBER, ESQ.
23 940 WEST MAIN STREET                   333 E. BARIONI BLVD.
   EL CENTRO, CA 92243                    IMPERIAL, CA 92251
24
   Densil Harvey                          TEK Corp.
25 704 West 1500 South                    7050 Union Park Center, Ste 50
   Provo, UT 84601                        Midvale, UT 74946
26                                        and
                                          c/o Division of Corporation's Director
27                                        Registered Agent
                                          160 E. 300 2, 2nd Floor
28                                        Salt Lake City, UT

1  the last known address, at which place there is delivery service of mail from the United States Postal
2  Service.

3      I declare under penalty of perjury that the foregoing is true and correct.

4  Executed on July 10, 2008.

                                                  Tricia R. Lamb