1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 08cv1228-IEG (AJB) |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR DELIVERY |
| ) | OF POSSESSION |
| 2.74 ACRES OF LAND, MORE OR LESS, ) | |
| SITUATE IN IMPERIAL COUNTY, ) | |
| STATE OF CALIFORNIA; AND, ) | |
| RONALD K. BAGLEY AND ELSIE A. ) | |
| BAGLEY, et al., ) | |
| ) | |
| Defendants. ) | |

This action coming before the Court upon the joint motion of the Plaintiff and the Defendants, Ronald K. Bagley and Elsie A. Bagley, the owners of the property described in the Complaint and Declaration of Taking filed herein ("Subject Property") at the time of its taking by Plaintiff, for an order for the surrender of immediate possession of the Subject Property to Plaintiff, and it appearing that Plaintiff is entitled to possession of Subject Property,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the Subject Property shall surrender possession of said Subject Property to the extent of the estate being condemned, to the Plaintiff immediately.

//
//

1     IT IS FURTHER ORDERED that a notice of this order shall be served upon all persons

2 in possession or control of the Subject Property forthwith.

3     IT IS SO ORDERED.

4

5 DATED: July 21, 2008

6                                                _____

7                                                IRMA E. GONZALEZ, Chief Judge
United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28