KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2.74 ACRES OF LAND, MORE OR LESS, ) <br> SITUATE IN IMPERIAL COUNTY, STATE ) <br> OF CALIFORNIA; and RONALD K. ) <br> BAGLEY AND ELSIE A. BAGLEY, ET AL. ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No. 08cv1228 IEG (AJB) <br><br> CERTIFICATE OF SERVICE BY PUBLICATION |

BRETT NORRIS, attorney for Plaintiff, THE UNITED STATES OF AMERICA, hereby certifies that he caused the publication once a week for three (3) consecutive weeks in the San Diego Daily Transcript of the notice, printed copies of which with the names and dates of the newspaper marked thereon are attached. The last known address of the following Defendants is unknown to Plaintiff and, after a diligent search, remains unknown:

/ / /

/ / /

1 | 1. | Ace Associates
2 | 2. | Monto Cristo Mining Corporation
3 | 3. | Densil Harvey
4 | 4. | Novox Trust & Holding Company
5 | 5. | TEK Corporation

DATED: December 22, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Brett Norris

BRETT NORRIS
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Brett.Norris@usdoj.gov

## *Affidavit of Public*

State of California
County of Imperial
City of Holtville



RECEIVED
SAN DIEGO, CA

2008 DEC 15  P 4: 58

CIVIL DIVISION
U.S. ATTORNEY
DEPT. OF JUSTICE



*manager of the Imperial Valley Weekly, a newspaper of general circulation published and circulated at least once a week in the City of Holtville, Imperial County, State of California,*
    *And That The:*

Notice of Condemnation by Publication

Case No. 08cv1228 IEG (AJB)

*Of which the annexed is a true printed copy, was published in said newspaper for:*
3

*Issues, and on the following days, to wit:*
November 27, 2008

December 4, 11, 2008

*And in the regular and entire issue of said newspaper and not in any supplement.*



**BUSINESS MANAGER
IMPERIAL VALLEY WEEKLY
570 HOLT AVENUE
HOLTVILLE, CA 92250**

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 08cv1228 IEG (AJB) |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| 2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and RONALD K. BAGLEY AND ELSIE A. BAGLEY, ET AL. | ) |
| Defendants.. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

-CERTIFICATE OF NEED FOR SERVICE BY PUBLICATION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

//

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

RONALD K. BAGLEY AND ELSIE A. BAGLEY
895 River Bluff Drive
Lytle, Texas 78052-3721

IMPERIAL COUNTY TAX COLLECTOR
ATTN: COUNTY COUNSEL
940 WEST MAIN STREET
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT
JEFF GARBER, ESQ.
333 E. BARIONI BLVD.
IMPERIAL, CA 92251

Densil Harvey
704 West 1500 South
Provo, UT 84601

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 74946
and
c/o Division of Corporation's Director
Registered Agent
160 E. 300 2, 2nd Floor
Salt Lake City, UT

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2008.

Carol E. Barrett