# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 0 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The United States of America

V.

2.74 Acres of Land, more or less situated in Imperial County, State of California; Ronald K. Bagley; Elsie A. Bagley; et. al. ; and Other Interested Parties

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08cv1228-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Joint Motion for Order Establishing Just Compensation and Distributing Funds. Judgment is entered against the United States of America in the amount of $2,429.00. Clerk of Court shall withdraw the sum of $2,429.00 along with any interest earned, and deduct ten percent of the accrued interest as authorized by the Judicial Conference of the United States. Clerk shall disburse the $2,429.00, plus any interest, minus the authorized deduction to Defendants Ronald K. Bagley and Elsie A. Bagley. Parties shall take no appeal from any rulings or judgments made by Court in this action. Case is closed.

|  |  |
|---|---|
| June 4, 2009 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | J. Haslam _(signature)_ |
|  | (By) Deputy Clerk |
|  | ENTERED ON June 4, 2009 |

08cv1228-IEG(AJB)